**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                  **Case No. 4:07CR00086-12**

**TRACY ANDRE FORD a/k/a TRA FO**

## ORDER DENYING SENTENCE REDUCTION

Before the Court is Defendant's Motion to Reduce Sentence. Defendant requests a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based upon the retroactive application of the crack cocaine penalty reduction imposed by the United States Sentencing Commission, effective March 3, 2008.[1] The Court has reviewed Defendant's case to determine whether he is eligible for a sentence reduction. Based upon such review, the Court concludes that Defendant's motion is frivolous because he was not sentenced based on crack cocaine.

Mr. Ford pled guilty to Count One of the Indictment, conspiracy to distribute cocaine and cocaine base, violations of 21 U.S.C. §841 and 846. The pre-sentence report indicates that the parties stipulated that 30 kilograms of cocaine was attributable to the Defendant's participation in the conspiracy. Since 30 kilograms of cocaine falls between 15 kilograms and 50 kilograms of cocaine, a base offense level of 34 was established pursuant to U.S.S.G. § 2D1.1(a)(3). On January 11, 2008, Mr. Ford was sentenced to a total term of 262 months' imprisonment.

As a threshold issue, the crack cocaine amendment relied upon by Defendant can not possibly apply unless some quantity of crack cocaine was used to calculate the applicable

---

[1] *See* United States Sentencing Commission Sentencing Guidelines, Amendment 706 (reducing the guideline range for crack cocaine offenses, effective November 1, 2007) and Amendment 711 (making Amendment 706 retroactive, effective March 3, 2008).

- 1 -

Guideline range under the drug quantity table, U.S.S.G. § 2D1.1.  The Court has confirmed that no quantity of crack cocaine was included in the drug quantity amount used, pursuant to U.S.S.G. § 2D1.1, to determine Mr. Ford's Guideline sentencing range.  Accordingly, Mr. Ford is not entitled to a sentence reduction in this case.

Defendant also argues that his sentence should be reduced based in part upon his health and support from friends.  The Court finds no merit in these additional arguments.  The government has not made a motion pursuant to Rule 35, the Court will consider Defendant's argument regarding cooperation if such motion is subsequently filed.

IT IS THEREFORE ORDERED THAT Petitioner Tracy Andre Ford's Motion for Sentence Reduction (Docket No. 463) be, and it is hereby, DENIED.

IT IS SO ORDERED this 18th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE